UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NUMBER: 09-20716-GRAHAM/TORRES

CONSENT CASE

LEANDRO MONDAZZI; JOSE ZAMORA   )
DIAZ; JUAN VALLE; RUBEN VALDIVIA,   )
ANDRES RODRIGUEZ and all others   )
similarly situated under 29 USC 216(B)   )
    vs.   )
       )
SOUTH FLORIDA DRIVE SVCS, INC.   )
ALEX'S TRANSPORT, INC.   )
SUNSHINE DRIVE SERVICE CORP.   )
ALEJANDRO BELTRAN   )
MAURICIO BELTRAN   )
    Defendants   )

**JOINT STIPULATION AS ALTERNATIVE TO CONSENT FINAL JUDGMENT**[1]

    Come Now Plaintiffs and Defendants South Florida Drive svcs, Inc., Alex's Transport, Inc. and Alejandro Beltran by and through undersigned counsel and hereby Notice this Court that the Parties have agreed to the following stipulation as an alternative to the consent Final Judgment in Favor of Plaintiffs c/o Client Trust Account of J.H. Zidell, P.A. as follows:

1. Defendants can satisfy the consent final judgment in the amount of Four Hundred Fifty Thousand Dollars and No Cents ("$450,000.00"), with payment in the amount of Sixty Thousand Dollars, and No Cents ($60,000.00) pursuant to the following payment schedule listed in sub paragraphs "A" through "H". Each payment shall be made by cashiers check to the J.H. Zidell, P.A. Client Trust Account. The below listed schedule listed in sub paragraphs "A" through "H" shall be strictly adhered to. In the event that any payment is not timely received

---

[1] The Parties agree that the Consent Final Judgment shall be entered by this Court immediately and that said judgment can be recorded immediately.

by Plaintiff's counsel, Defendants agree that all payments made shall be forfeited and Plaintiff shall be entitled to the full consent judgment and that Defendants will not be given credit for any payments made. As long as the following schedule is strictly adhered to by Defendants, Plaintiffs have agreed not to commence collection proceedings on the consent judgment. The payment schedule agreed to by the Parties is as follows:

A. First payment shall be in the amount of Five Thousand Dollars and No Cents ($5,000.00) and shall be received by Plaintiffs counsel by the close of business on June 14, 2010.

B. Second payment shall be in the amount of Eight Thousand Dollars and No Cents ($8,000.00) and shall be received by Plaintiffs counsel by the close of business on July 14, 2010.

C. Third payment shall be in the amount of Eight Thousand Dollars and No Cents ($8,000.00) and shall be received by Plaintiffs counsel by the close of business on August 13, 2010.

D. Fourth payment shall be in the amount of Eight Thousand Dollars and No Cents ($8,000.00) and shall be received by Plaintiffs counsel by the close of business on September 14, 2010.

E. Fifth payment shall be in the amount of Eight Thousand Dollars and No Cents ($8,000.00) and shall be received by Plaintiffs counsel by the close of business on October 14, 2010.

 F. Sixth payment shall be in the amount of Eight Thousand Dollars and No Cents ($8,000.00) and shall be received by Plaintiffs counsel by the close of business on November 15, 2010.

 G. Seventh payment shall be in the amount of Eight Thousand Dollars and No Cents ($8,000.00) and shall be received by Plaintiffs counsel by the close of business on December 14, 2010.

 H. Eighth payment shall be in the amount of Seven Thousand Dollars and No Cents ($7,000.00) and shall be received by Plaintiffs counsel by the close of business on January 14, 2011.

Date: 5/31/10
J. H. ZIDELL, P.A.
ATTORNEYS FOR PLAINTIFFS
300-71ST Street, Suite 605
Miami Beach, Florida 33141
Tel: (305) 865-6766
Fax: (305) 865-7167

By:_/s/ J.H. Zidell _____
J.H. Zidell, Esq.
Florida Bar No.: 0010121

Date: 5/31/10
Cassata & Hanson, P.L.
ATTORNEY FOR DEFENDANTS
320 Southeast Tenth Court
Fort Lauderdale, Florida 33316
PH: (954) 364-7806
FAX: (954) 251-4787

BY:__/s/_ Dion J. Cassata_____
 Dion J. Cassata, Esq.
 Florida Bar Number 0672564