UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NUMBER: 09-20716-GRAHAM/TORRES

<u>CONSENT CASE</u>

| | |
|---|---|
| LEANDRO MONDAZZI; JOSE ZAMORA DIAZ; JUAN VALLE; RUBEN VALDIVIA, ANDRES RODRIGUEZ and all others similarly situated under 29 USC 216(B)<br>　　　vs.<br><br>SOUTH FLORIDA DRIVE SVCS, INC.<br>ALEX'S TRANSPORT, INC.<br>SUNSHINE DRIVE SERVICE CORP.<br>ALEJANDRO BELTRAN<br>MAURICIO BELTRAN<br>　　　　Defendants | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

<u>CONSENT FINAL CONSENT JUDGMENT IN FAVOR OF PLAINTIFFS</u>

Based upon the Consent of the Parties, Judgment is hereby entered against Defendants South Florida Drive svcs, Inc., Alex's Transport, Inc. and Alejandro Beltran a/k/a Alex Beltran (D/O/B 12/3/1972) jointly and severally, in favor of the Plaintiffs c/o Client Trust Account of J.H. Zidell, P.A., in the total amount of Four Hundred Fifty Thousand Dollars and No Cents ("$450,000.00"), plus reasonable attorneys fees and costs in collection of the judgment for which let execution issue.

Said final judgment shall accrue post judgment interest at the rate set by 29 U.S.C. § 1961 until this judgment is satisfied, for which let execution issue.

DONE AND ORDERED in Chambers at Miami, Florida, this __9th__ day of August, 2010.

_____
EDWIN G. TORRES
United States Magistrate Judge

Copies Provided:
All counsel of record.